IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Joseph A. Hofer,

    Plaintiff(s),

vs.

Brett M. Spencer, et al.,

    Defendant(s)

Case Number: 1:18cv122

Judge Susan J. Dlott

## ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on May 14, 2018 (Doc. 14), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired May 29, 2018, hereby ADOPTS said Report and Recommendation.

Accordingly, this matter is DISMISSED for lack of prosecution. Motions to amend/correct complaint (Doc. 11) and to correct a clerical error (Doc. 15) are DENIED as MOOT. This case is hereby TERMINATED from the docket of this Court.

IT IS SO ORDERED.

_____
Judge Susan J. Dlott
United States District Court